UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                 CASE NO.: 19-19740-BKC-LMI
                                                                       PROCEEDING UNDER CHAPTER 13
LUIS ALBERTO ORDONEZ


DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on SEPTEMBER 3, 2020.

                                                 NANCY K. NEIDICH, ESQUIRE
                                               STANDING CHAPTER 13 TRUSTEE
                                               P.O. BOX 279806
                                               MIRAMAR, FL 33027-9806

By: /s/ _____
    ☐ Kenia Molina, Esq.
       FLORIDA BAR NO: 0085156
    ☐ Amy Carrington, Esq.
       FLORIDA BAR NO: 101877
    ☒ Jose Ignacio Miceli, Esq.
       FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 19-19740-BKC-LMI

## CERTIFICATE OF SERVICE

### COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
LUIS ALBERTO ORDONEZ
1855 N. 60 STREET, #205
HIALEAH, FL  33012

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
6500 COWPEN ROAD
SUITE 101
MIAMI LAKES, FL  33014

```
02/11/2020 TUE 14:20    FAX 9544434452           CH13MIAMI_FAX                      ☑001
```

```
                        ***********************
                        *** FAX TX REPORT ***
                        ***********************

                        TRANSMISSION OK

            JOB NO.                  3714
            DESTINATION ADDRESS      3058243868
            SUBADDRESS
            DESTINATION ID
            ST. TIME                 02/11 14:19
            TX/RX TIME               00'42
            PGS.                     1
            RESULT                   OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

02/11/2020

To: RICHARD ADAMS, ESQ

Re: Luis Alberto Ordonez          Case: 19-19740-LMI

Dear RICHARD ADAMS, ESQ

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor:

Plan fails to provide for 100% of allowed unsecured claims

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE